In the Matter of the Probate of the Will of Margaret Scone, Deceased. Joseph A. Molloy, Appellant; Ellen S. Bonnette, Respondent.— Decree affirmed, with costs. No opinion.

Christian F. Becker, Respondent, v. Henry Oehler and Daniel H. Oehler, as Executors, etc., of Friedericka Stehle, Deceased, Appellants.— Judgment and order affirmed, with costs. No opinion.

Joseph J. Bamberger, Respondent, v. The Sun Printing and Publishing Association, Appellant. J. J. Bamberger & Company, Respondent, v. The Sun Printing and Publishing Association, Appellant. O. F. Jonasson & Company, Respondent, v. The Sun Printing and Publishing Association, Appellant. Charles A. Stoneham, Respondent, v. The Sun Printing and Publishing Association, Appellant.— Judgment affirmed, with costs in each case, with leave to defendant to withdraw demurrers and to answer on payment of costs in this court and in the court below. No opinion.

Charles H. Miller and Wilbur Larremore, as Trustees of James E. Miller and Emma Z. Smedley, under the Last Will and Testament of Jane M. Miller, Deceased, Appellants, v. Fanny Harris, Respondent.— Judgment affirmed, with costs, on 117 Appellate Division, 395.

Arthur Clements, an Infant, by Geo. Clements, His Guardian ad Litem, Respondent, v. New York City Interborough Railway Company, Appellant.— Judgment and order reversed and new trial ordered, costs to appellant to abide event, on the ground that the verdict was against the weight of evidence. No opinion.

Louis Leavitt, Respondent, v. Isaac Pfeiffer, Appellant.— Judgment affirmed, with costs. No opinion.

Joseph W. Jones, Respondent, v. Warner Instrument Company and Arthur P. Warner, Appellants, Impleaded with Charles H. Warner.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

Helma Fuerst, an Infant, by Anton Fuerst, Her Guardian ad Litem, Appellant, v. The New York Evening Journal Publishing Company, Respondent.— Order affirmed, with costs. No opinion.

In the Matter of the Arbitration between Charles T. Parker, Appellant, and F. Egerton Webb and John Howard Prall, Respondents.— Order affirmed, with costs. No opinion.

Melanie Huntley, Respondent, v. George V. Fluri, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Alice Fischer Harcourt King, Respondent, v. Will J. Block Amusement Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jesse L. Boskowitz, as Administrator, etc., of Ignatz Boskowitz, Deceased, Appellant, v. Joseph H. Sulzbacher, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Harry Kram, Appellant, v. Joseph Shyev, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

David I. Ullman, Appellant, v. The Corn Exchange Bank, a Duly Incorporated Body, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.